No. 95-8829. McADAMS v. MNC CREDIT CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-8830. KUKES v. CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-8835. SMITH v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95-8838. WILLIAMS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 95-8841. JENNINGS v. OHIO. Ct. App. Ohio, Huron County. Certiorari denied.

No. 95-8842. KLAIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95-8844. LANE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95-8852. HEIDEN v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 95-8856. DIX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95-8859. ENOCH v. GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 95-8861. VALLIERE ET AL. v. MAINE WORKERS' COMPENSATION BOARD ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 95-8863. DELIA v. ITOCHU INTERNATIONAL, INC. C. A. 2d Cir. Certiorari denied.

No. 95-8864. LUIS v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-8865. MITCHELL v. ROY ET AL. C. A. 5th Cir. Certiorari denied.

No. 95-8868. McINTYRE ET UX. v. GILMORE, ATTORNEY GENERAL OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.